1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    SCHUETTE,

Case No.  24-cv-06425-JSW

8                    Plaintiff,

9            v.

**ORDER OF DISMISSAL**

10   DOE,

11                    Defendant.

12           On September 12, 2024, the Clerk opened this case based upon a letter from Plaintiff, a

13   California prisoner proceeding pro se.  The Clerk notified Plaintiff that to proceed with a case he

14   had to file a complaint and either pay the filing fee or file an application to proceed in forma

15   pauperis ("IFP") within 28 days.  The Clerk also mailed to Plaintiff the necessary forms and

16   instructions to do so.  Plaintiff has responded with a letter stating he did not intend to file a case

17   and requesting that this matter be dismissed.  Accordingly, this case is DISMISSED as having

18   been opened in error, and no filing fee is due.

19           Plaintiff states he wanted the Court to "refer" this case to the United States Attorney's

20   Office for a "criminal investigation."  Plaintiff must contact the United States Attorney's Office

21   directly himself with any requests of that office.

22           The Clerk shall enter judgment and close the file.

23           **IT IS SO ORDERED.**

24   Dated: October 3, 2024

25

26

27   JEFFREY S. WHITE
     United States District Judge

28

United States District Court
Northern District of California